# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISMARCK LOPEZ-MARTINEZ, | ) NO. CV 06-1987-CJC (MAN) |
|              Petitioner, | ) |
|     v. | ) ORDER ADOPTING FINDINGS, |
| JOHN DOVEY, WARDEN, | ) CONCLUSIONS, AND RECOMMENDATIONS |
|              Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Statement of Objection. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing.

Petitioner has raised in his Objection a new habeas claim, namely, that the evidence was insufficient to support his conviction. A district court has discretion, but is not required, to consider evidence or claims presented for the first time in Objections to a Magistrate Judge's Report and Recommendation. *See* Brown v. Roe, 279 F.3d 742, 744-

45 (9th Cir. 2002); United States v. Howell, 231 F.3d 615, 621-22 (9th Cir. 2000). Petitioner not only failed to plead any sufficiency of the evidence claim in the Petition but also failed to do so in the state courts. Petitioner's sufficiency of the evidence claim set forth in the Objection, thus, is unexhausted. Accordingly, the Court, in its discretion, declines to consider Petitioner's belatedly-raised and unexhausted new claim.

Having completed its *de novo* review, the Court accepts and adopts the Report. IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 26, 2009.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE